Dismissed and Memorandum Opinion filed September 17,
2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00194-CV

____________

 

JENNIFER L. STEVENS, Appellant

 

V.

 

BANK OF AMERICA, N.A., Appellee

 



 

On Appeal from the
County Civil Court at Law No. 4

Harris County,
Texas

Trial Court Cause
No. 925806

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 27, 2009. 
On September 3, 2009, parties=s filed a joint motion to dismiss the appeal because the case
has settled.   See Tex. R. App.
P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Panel consists of Justices
Yates, Frost, and Brown.